1  Jesse L. Miller (State Bar No. 183229)
   James M. Neudecker (SBN 221657)
2  REED SMITH LLP
   101 Second Street
3  Suite 1800
   San Francisco, CA  94105-3659
4  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
5
   Attorneys for Defendant JMA Ventures, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM STEVENSON, | Case No. 3:13-cv-04493-LB
12 |         Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE**
13 |     vs. |
14 | JMA Ventures, LLC, | Honorable Magistrate Laurel Beeler
15 |         Defendant. |

The parties to this action have reached a confidential settlement agreement. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Stevenson and Defendant JMA Ventures, LLC stipulate that this lawsuit be dismissed with prejudice, with each party to bear their own fees and costs.

SO STIPULATED

DATED: July 24, 2014

REED SMITH LLP

By: */s/ James Neudecker*
    Jesse L. Miller
    James M. Neudecker
    Attorneys for Defendant JMA Ventures, LLC

DATED: July 24, 2014

SANDERS LAW, PLLC

By: */s/ Craig Sanders*
    Craig B. Sanders
    Attorneys for Plaintiff William Stevenson